**Fill in this information to identify the case:**

Debtor 1 ____Cecelia Thomas_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the ___Middle___    District of ___Georgia___
(State)

Case number    18-40649

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Court claim No. (if known):** 2

**Last 4 digits** of any number you use to identify the debtor's account: 4274

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney Fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 09/10/2018 | (5) $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: | | (10) $ _____ |
| 11. Other. Specify: Preparation/analysis of 410A form | 09/10/2018 | (11) $ 250.00 |
| 12. Other. Specify: Mailing costs | 09/11/2018 | (12) $ 1.63 |
| 13. Other. Specify: | | (13) $ _____ |
| 14. Other. Specify: | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

| Debtor 1 | Cecelia | | Thomas | | Case Number *(if known)* 18-40649 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ *Radha Gordon*　　　　　　　　　　　　　　　Date **September 25, 2018**
 Signature

Print: Radha Gordon Title: Agent for Creditor
 First Name Middle Name Last Name

Company: Aldridge Pite, LLP

Address: 3575 Piedmont Road, N.E. Suite 500
 Number Street

 Atlanta GA 30305
 City State Zip Code

Contact phone (404)-994-7400 Email RGordon@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA - COLUMBUS DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 18-40649 |
| | ) |
| CECELIA THOMAS, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 28, 2018, I served a copy of the Notice of Postpetion Mortgage Fees, Expenses and Charges which was filed in this bankruptcy matter on September 28, 2018, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Dennis P. McPherson

Kristin Hurst

**The following parties have been served via U.S. First Class Mail**:

Cecelia Thomas
3056 Oak Circle
Columbus, GA 31907

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: September 28, 2018        Signature: /s/Melissa Gonzalez
                                 Printed Name: MELISSA GONZALEZ
                                 Address:    Aldridge Pite, LLP
                                             Fifteen Piedmont Center
                                             3575 Piedmont Road, N.E.,
                                             Suite 500, Atlanta, GA 30305
                                 Phone:      (404) 994-7400
                                 Fax:        (888) 873-6147